Prob 12C
(12/04)



FILED
JUN 28 2006
EDWARD J. KLECKER, CLERK
U.S. DISTRICT COURT - NORTH DAKOTA

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NORTH DAKOTA

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender:   Hjalmer Curtis Spotted Bear            Docket No.:   4:05 CR-64

Name of Sentencing Judicial Officer:   Daniel L. Hovland, Chief U.S. District Court Judge

Date of Original Sentence:   February 3, 2006

Original Offense:   Assault with a Dangerous Weapon

Original Sentence:   4 months imprisonment (time served since September 13, 2005), 3 years supervised release

Type of Supervision:   Enhanced Supervision        Date Supervision Commenced:   February 3, 2006

Asst. U.S. Attorney:   Mr. Clare Hochhalter                Defense Attorney:   Mr. Michael Hoffman
P.O. Box 699                                                                   P.O. Box 1056
Bismarck, ND 58502-0699                                          Bismarck, ND 58502-1056
701-530-2420                                                              701-355-0900

**PETITIONING THE COURT:**

        X   Issue a Warrant

      { }   Issue a Summons

The Probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The probation office was notified on June 27, 2006, by the defendant's mother that he went to a Sundance in South Dakota. This is believed to be in violation of standard condition #1, to wit; The defendant shall not leave the judicial district without permission of the court or probation officer. |
| 2. | The defendant failed to show for a scheduled home visit on Thursday, June 15, 2006 and a scheduled office visit on Friday, June 16, 2006. Mr. Spotted Bear also has failed to submit a monthly report since March, 2006. This is believed to be in violation standard condition #2, to wit; The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. |
| 3. | The defendant has not secured employment, nor has he enrolled in a general education diploma program. This is believed to be in violation of standard condition # 5, to wit; The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons. And special condition #3, to wit; The defendant shall participate in a program to obtain his general education diploma. |

U.S. Probation Officer Recommendation:   It is respectfully recommended a warrant be issued in this matter, and that a review hearing be held to determine if the defendant's supervision should be revoked or the terms of his supervision should be modified.

Hjalmer Spotted Bear                                                                                    Page Two
C4-05-00064-001
Prob 12C Request for Warrant

The term of supervision should be:

    { }    Revoked

    { }    Extended for _____ year(s); for a total of _____ years.

The conditions of supervision should be modified as follows:

    I declare under penalty of perjury that the foregoing is true and correct.

    Respectfully Submitted,

    _____    6/28/06
    Terry L. Gunville                                   Date
    U.S. Probation Officer

THE COURT ORDERS:

    { }    No Action

    {✓}    The Issuance of a Warrant

    { }    The Issuance of a Summons

    { }    Other

    _____    6/28/06
    Daniel L. Hovland, Chief                        Date
    United States District Court Judge