Prob 12B

# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is attached)*

| | |
|---|---|
| Offender Name: Hjalmer Curtis Spotted Bear | Docket No.: 4:05 CR 064 |

Name of Sentencing Judicial Officer:   The Honorable Daniel L. Hovland

Date of Original Sentence:   February 3, 2006

Original Offense:   Assault with a dangerous weapon   18 U.S.C. § 113(a)(3)

Original Sentence:   Time served and 36 months supervised release

| | |
|---|---|
| Type of Supervision: Enhanced | Date Supervision Commenced: February 3, 2006 |

---

## PETITIONING THE COURT

{ }   To Extend the term of supervision   _____ year(s), for a total term of _____ years.

{X}   To modify the conditions of supervision as follows:

The defendant agrees to enter a Residential Re-Entry Center (RRC), for a period to be determined by the Supervising Probation Office. While at the RRC, he will complete the court imposed community service, complete a substance abuse evaluation, mental heath/psychological evaluation, domestic violence evaluation, secure employment, education/GED and complete other programming as directed by the supervising probation officer. The offender will participate fully in all programming and abide by all rules and regulations of the Center. The offender shall not exit or withdraw from the RRC without the permission of his supervising probation officer.

### CAUSE

The defendant has not completed conditions of supervision previously ordered and should remain at Lake Region LEC, until he has completed his GED.

Respectfully Submitted,

Paul A. Skurdall                                       Date
U.S. Probation Officer

{ }   No Action

{ }   The Extension of Supervision as Noted Above

{✓}   The Modification of Conditions as Noted Above

{ }   Other

Daniel L. Hovland                                  5-24-07
Chief United States District Judge            Date

PROB 49

Waiver of Hearing to Modify Conditions of Probation/
Supervised Release or Extend Term of Supervision

## UNITED STATES DISTRICT COURT
### For The
### District of North Dakota

     I, **Hjalmer Curtis Spotted Bear**, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By assistance of counsel, I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant agrees to enter a Residential Re-Entry Center (RRC), for a period to be determined by the Supervising Probation Office.  While at the RRC, he will complete the court imposed community service, complete a substance abuse evaluation, mental heath/psychological evaluation, domestic violence evaluation, secure employment, education/GED and complete other programming as directed by the supervising probation officer. The offender will participate fully in all programming and abide by all rules and regulations of the Center.   The offender shall not exit or withdraw from the RRC without the permission of his supervising probation officer.

DATED: May 23, 2007

Witness: _____    Signed: _____
               Paul A. Skurdall                                         Supervised Releasee
               U.S. Probation Officer